IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-vs-

LYNN R. LANPHEAR,

     Defendant.

---

06-CR- 6099T

**INFORMATION**
(Felony)

**Violation:**
29 U.S.C. § 501

### COUNT 1

**The United States Attorney Charges That:**

Beginning in or about March 1995, and continuing until in or about July 2003, in the Western District of New York, the defendant, LYNN R. LANPHEAR, while President of Graphic Communications, Local Union #503-M, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, the moneys, funds, securities, property, and other assets of said labor organization, in the approximate amount of $8,441.29.

**All in violation of Title 29, United States Code, Section 501.**

Dated: Rochester, New York, June 12, 2006.

       TERRANCE P. FLYNN
       United States Attorney
       Western District of New York

    BY: _____
      RICHARD A. RESNICK
      Assistant United States Attorney